Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN LISS and JOSHUA TAYLOR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | No. 3:25-cv-5840-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiffs Stephen Liss and Joshua Taylor ("Plaintiffs") and Defendant Lenovo (United States) Inc. ("Lenovo") hereby stipulate and agree, subject to the Court's approval, as follows:

1. On August 20, 2025, Plaintiffs filed their Complaint in the Superior Court for Thurston County, Case No. 25-2-03220-34. Dkt. 1, Ex. B.

2. Plaintiffs served the Summons and Complaint on Lenovo's registered agent on August 22, 2025. Dkt. 1, Ex. A.

3. On September 19, 2025, Lenovo removed the above-captioned case to this Court.

4. Absent an extension, Lenovo's deadline to respond to the Complaint is September 26, 2025. *See* Fed. R. Civ. P. 81(c)(2)(C).

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (3:25-cv-05840- BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5. To allow time for counsel to familiarize itself with this matter and investigate the allegations of the complaint, the Parties agree and stipulate (subject to Court approval) to extend the deadline for Lenovo to respond to the Complaint up to, and including, October 20, 2025.

6. The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including November 10, 2025, to file any opposition that might be required.

7. The Parties also agree and stipulate (subject to Court approval) that Defendant shall have up to and including November 24, 2025, to file any reply to Plaintiff's opposition.

8. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Complaint in order to provide Lenovo additional time to consider the issues presented in the Complaint and for the parties to engage in the necessary meet and confer process required by the Court prior to the filing of any motion that may be dispositive in whole or part of the Complaint.

9. Except for the extension request described above, the Parties have not sought or obtained any prior extensions of time in this matter.

IT IS SO STIPULATED.

DATED this 23rd day of September, 2025.

| SMITH & DIETRICH LAW OFFICES PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Walter Smith*<br>    Walter Smith, WSBA #46695<br>1226 State Avenue, N.E., Suite 205<br>Olympia, WA 98506<br>Telephone: 360-915-6952<br>walter@smithdietrich.com<br><br>STRAUSS BORRELLI, LLP<br>Samuel J. Strauss, WSBA #46971<br>Raina C. Borrelli, *pro hac vice* forthcoming<br>980 N. Michigan Avenue, Suite 1610 | By: *s/ Rachel Herd*                              *<br>    Lauren B. Rainwater, WSBA #43625<br>    Rachel Herd, WSBA #50339<br>    Caleah N. Whitten, WSBA #60209<br>    Katie Chan, WSBA #56970<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone: 206-622-3150<br>laurenrainwater@dwt.com<br>rachelherd@dwt.com<br>caleahwhitten@dwt.com |

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (3:25-cv-05840- BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | Chicago, IL 60611<br>sam@straussborrelli.com | katiechan@dwt.com |
| 2 | raina@straussborrelli.com | ***Attorneys for Defendant*** |
| 3 | COHENMALAD, LLP | ***Lenovo (United States) Inc.*** |
| 4 | Lyn A. Toops, *pro hac vice* forthcoming | |
| 5 | Natalie A. Lyons, *pro hac vice* forthcoming<br>Ian R. Bensberg, *pro hac vice* forthcoming | |
| 6 | One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 | |
| 7 | ltoops@chenmalad.com<br>nlyons@chenmalad.com | |
| 8 | ibensberg@chenmalad.com | |
| 9 | STRANCH, JENNINGS & GARVEY, PLLC | |
| 10 | J. Gerard Stranch, IV, *pro hac vice*<br>forthcoming | |
| 11 | Michael C. Tackeff, *pro hac vice* forthcoming<br>223 Rosa L. Parks Avenue, Suite 200 | |
| 12 | Nashville, TN 37203<br>gstranch@stranchlaw.com | |
| 13 | mtackeff@stranchlaw.com | |
| 14 | ***Attorneys for Plaintiffs*** | |
| 15 | ***Stephen Liss and Joshua Taylor*** | |

*I certify that this memorandum contains 325 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (3:25-cv-05840- BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Lenovo to respond to the Complaint through and including October 20, 2025. Plaintiffs shall have up to and including November 10, 2025, to file any opposition that might be required, and Lenovo shall have up to and including November 24, 2025, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this 24th day of September, 2025.

_____
Honorable Barbara J. Rothstein
United States District Judge

Presented by:

SMITH & DIETRICH LAW OFFICES PLLC
Walter Smith, WSBA #46695
1226 State Avenue, N.E., Suite 205
Olympia, WA 98506
walter@smithdietrich.com

STRAUSS BORRELLI, LLP
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com

COHENMALAD, LLP
Lyn A. Toops, *pro hac vice* forthcoming
Natalie A. Lyons, *pro hac vice* forthcoming
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@chenmalad.com
nlyons@chenmalad.com

DAVIS WRIGHT TREMAINE LLP
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Katie Chan, WSBA #56970
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
caleahwhitten@dwt.com
katiechan@dwt.com

*Attorneys for Defendant
Lenovo (United States) Inc.*

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (3:25-cv-05840- BJR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

ibensberg@chenmalad.com

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*Attorneys for Plaintiffs*
*Stephen Liss and Joshua Taylor*

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (3:25-cv-05840- BJR) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax