Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN LISS and JOSHUA TAYLOR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | No. 3:25-cv-5840-BJR<br><br>NOTICE OF RELATED CASE |

Pursuant to Local Civil Rule 3(g)(3), Lenovo (United States) Inc. ("Lenovo") gives notice of the following related case: *Giaunie Hendrix v. Lenovo (United States) Inc.*, No. 2:25-cv-01663 (W.D. Wash.), assigned to the Honorable Jamal N. Whitehead (the "Hendrix Action"). The Hendrix Action names the same defendant, Lenovo, and involves the same claims under the Commercial Electronic Mail Act and Consumer Protection Act. The plaintiff in the Hendrix Action also seeks to represent a class of Washington citizens on these claims.

DATED this 24th day of September, 2025.

Davis Wright Tremaine LLP
*Attorneys for Lenovo (United States) Inc.*

By s/ *Rachel Herd*
    Lauren B. Rainwater, WSBA #43625
    Rachel Herd, WSBA #50339
    Caleah N. Whitten, WSBA #60209
    Katie Chan, WSBA #56970

NOTICE OF RELATED CASE (No. 3:25-cv-5840-BJR) - 1

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: caleahwhitten@dwt.com
E-mail: katiechan@dwt.com

NOTICE OF RELATED CASE (No. 3:25-cv-5840-BJR) - 2