Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN LISS and JOSHUA TAYLOR, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

LENOVO (UNITED STATES) INC.,

Defendant.

No. 3:25-cv-05840-JNW

SECOND STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR: October 16, 2025

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiffs Stephen Liss and Joshua Taylor ("Plaintiffs") and Defendant Lenovo (United States) Inc. ("Defendant" or "Lenovo") hereby stipulate and agree, subject to the Court's approval, as follows:

1. On August 20, 2025, Plaintiffs filed their Complaint in the Superior Court for Thurston County, Case No. 25-2-03220-34. Dkt. 1, Ex. B.

2. Plaintiffs served the Summons and Complaint on Defendant's registered agent on August 22, 2025. Dkt. 1, Ex. A.

3. On September 19, 2025, Defendant removed the above-captioned case to this Court.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. On September 23, 2025, the Parties filed a Stipulated Motion and Proposed Order to Extend Time for Defendant to Respond to Complaint. Dkt. 11. This Court granted the Parties' stipulated motion. Dkt. 12.

5. Absent an additional extension, Defendant's deadline to respond to the Complaint is October 20, 2025. Dkt. 12 at 4.

6. A separate, related matter is currently pending at the United States District Court for the Western District of Washington at Seattle: Giaunie Hendrix v. Lenovo (United States) Inc., No. 2:25-cv-01663 (W.D. Wash.), also assigned to the Honorable Jamal N. Whitehead (the "Hendrix Action").

7. To allow time for the Parties to continue discussing and make informed decisions regarding the potential consolidation of this matter with the Hendrix Action and the potential arbitrability of these claims, the Parties agree and stipulate (subject to Court approval) to extend the deadline for Defendant to respond to the Complaint up to, and including, November 10, 2025.

8. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Complaint in order to provide the Parties additional time to discuss and make informed decisions regarding the potential consolidation of this matter with the Hendrix Action. The additional time will allow the Parties to make decisions regarding potential consolidation at an early stage in the litigation, before filing substantive responses or engaging in motions practice, and potentially avoid duplicative work from the Parties, counsel, and this Court. Lenovo also continues to explore the arbitrability of Plaintiffs' claims and reserves all rights to move to compel arbitration.

9. The extension request described above in paragraph 4 is the only extension the Parties have requested or obtained thus far in this matter.

10. Defendant is concurrently requesting similar extensions in the Hendrix Action via separate stipulated motion.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED this 16th day of October, 2025.

SMITH & DIETRICH LAW OFFICES PLLC

By: *s/ Walter Smith*
Walter Smith, WSBA #46695
1226 State Avenue, N.E., Suite 205
Olympia, WA 98506
Telephone: 360-915-6952
walter@smithdietrich.com

STRAUSS BORRELLI, LLP
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com

COHENMALAD, LLP
Lynn A. Toops, *pro hac vice*
Natalie A. Lyons, *pro hac vice*
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@chenmalad.com
nlyons@chenmalad.com
ibensberg@chenmalad.com

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

***Attorneys for Plaintiffs***
***Stephen Liss and Joshua Taylor***

DAVIS WRIGHT TREMAINE LLP

By: *s/ Rachel Herd* *
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Katie Chan, WSBA #56970
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
caleahwhitten@dwt.com
katiechan@dwt.com

***Attorneys for Defendant***
***Lenovo (United States) Inc.***

*I certify that this memorandum contains 414 words, in compliance with the Local Civil Rules.

SECOND STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (3:25-cv-05840-JNW) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**~~[PROPOSED]~~ ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Complaint through and including November 10, 2025.

IT IS SO ORDERED this 16th day of October, 2025.

Jamal N. Whitehead
United States District Judge

SECOND STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (3:25-cv-05840-JNW) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax