1

2

3

4

5

6

7

8

9

The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIAUNIE HENDRIX, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>              Defendant. | No. 2:25-cv-01663-JNW<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION AND FILING OF CONSOLIDATED AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>November 6, 2025 |
| STEPHEN LISS and JOSHUA TAYLOR, on their own behalf and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>       Defendant. | No. 3:25-cv-05840-JNW<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION AND FILING OF CONSOLIDATED AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>November 6, 2025 |

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1), 10(g) and 42(b), and Federal Rules of Civil Procedure 6 and 42, the Parties stipulate and agree as follows:

1.    The above-captioned proposed class actions ("*Hendrix*" and "*Liss/Taylor*") each allege claims against Lenovo (United States) Inc. ("Lenovo") based on Lenovo's alleged violations of the Commercial Electronic Mail Act and Consumer Protection Act. *See Hendrix*, Dkt. 1-2 ("Hendrix Compl."); *Liss/Taylor*, Dkt. 1-1 ("Liss/Taylor Compl.").

2.    Both cases are putative class actions with overlapping classes. Hendrix Compl. ¶ 47 (defining putative class as "all Washington residents who received promotional emails from Lenovo with subject lines advertising sales or discounts on Lenovo Products"); Liss/Taylor Compl. ¶ 92 (defining putative class as "[a]ll Washington citizens holding an email address to which Defendant sent or caused to be sent any email listed in Exhibit A during the Class Period."). Exhibit A to the Liss/Taylor Complaint lists alleged promotional emails from Lenovo with subject lines purportedly advertising sales or discounts on Lenovo products. Liss/Taylor Compl., Ex. A.

3.    Recognizing the similarities between the cases, Lenovo filed notices of related case in both *Hendrix* and *Liss/Taylor* pursuant to LCR 3(g). *See Hendrix* Dkt. 15; *Liss/Taylor* Dkt. 14.

4.    Counsel for Lenovo and counsel for the Plaintiffs in both *Hendrix* and *Liss/Taylor* have conferred about consolidating the two actions. The Parties agree that consolidation of the *Hendrix* and *Liss/Taylor* actions is appropriate because the actions involve materially similar factual and legal allegations and consolidation will result in substantial efficiencies in managing both cases. *See In re Valve Antitrust Litig.*, 2024 WL 5009034, at *1 (W.D. Wash. Dec. 6, 2024) (finding "that given the sole defendant and overlapping factual and legal issues, consolidation will promote judicial economy, ensure consistent results, and streamline matters overall" and consolidating cases); *Doe v. Fred Hutchinson Cancer Ctr.*, 2024 WL 69881, at *1 (W.D. Wash.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR CONSOLIDATION AND FILING OF CONSOLIDATED
AMENDED COMPLAINT
(Nos. 2:25-cv-01663-JNW; 3:25-cv-05840-JNW) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Jan. 5, 2024) ("Consolidation is appropriate [where] … the [two] actions present common

2  questions of law and fact and there are substantial efficiencies to be gained.").

3       5.     Because consolidation will require the filing of a consolidated amended

4  complaint, the Parties have discussed and agreed upon a schedule for filing the consolidated

5  amended complaint.

6       6.     Based on the foregoing, the Parties stipulate and agree as follows, subject to the

7  Court's approval:

8           • The *Hendrix* and *Liss/Taylor* actions shall be consolidated under the earlier-

9             filed *Hendrix* case number;

10          • Plaintiffs shall file a consolidated amended complaint within 30 days of the

11            Court's order granting this stipulation to consolidate; and

12          • The parties request that the Court issue an Amended Initial Scheduling Order

13            following any order granting this stipulation to consolidate, to allow for the

14            filing of the consolidated amended complaint before the initial case deadlines.

15      7.     The Parties have previously sought and obtained prior extensions of time in these

16 matters. The deadline for Lenovo to respond to the consolidated amended complaint and

17 associated briefing schedule for any responsive motion will be addressed by later stipulation of

18 the Parties.

19

20      IT IS SO STIPULATED.

21

22

23

24

25

26

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR CONSOLIDATION AND FILING OF CONSOLIDATED
AMENDED COMPLAINT
(Nos. 2:25-cv-01663-JNW; 3:25-cv-05840-JNW) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1     DATED this 6th day of November, 2025.

2    DOVEL & LUNER, LLP                      DAVIS WRIGHT TREMAINE LLP

3    By: s/ Jonas B. Jacobson                By s/ Lauren B. Rainwater*
4        Jonas B. Jacobson, WSBA #62890          Lauren B. Rainwater, WSBA #43625
         Martin Brenner, pro hac vice            Rachel Herd, WSBA #50339
5    201 Santa Monica Blvd., Suite 600           Caleah N. Whitten, WSBA #60209
     Santa Monica, CA 90401                      Katie Chan, WSBA #56970
6    Tel.: 310-656-7066                      920 Fifth Avenue, Suite 3300
     E-mail: jonas@dovel.com                 Seattle, WA  98104-1610
7    E-mail: martin@dovel.com                Telephone: 206-622-3150
                                             E-mail: laurenrainwater@dwt.com
8    BARG SINGER HOESLY PC                   E-mail: rachelherd@dwt.com
9    Cody Hoesly, WSBA #41190                E-mail: caleahwhitten@dwt.com
     121 SW Morrison St., Suite 600          E-mail: katiechan@dwt.com
10   Portland, OR 97204
     Tel.: 503-241-3311                      **Attorneys for Defendant**
11   E-mail: choesly@bargsinger.com          **Lenovo (United States) Inc.**

12

13   **Attorneys for Plaintiff Giaunie Hendrix**    *I certify that this memorandum contains
                                                     495 words, in compliance with the Local
14                                                   Civil Rules.

15   SMITH & DIETRICH LAW OFFICES PLLC

16

17   By: s/ Walter Smith
18       Walter Smith, WSBA #46695
         1226 State Avenue, N.E., Suite 205
19       Olympia, WA 98506
         Telephone: 360-915-6952
20       walter@smithdietrich.com

21   STRAUSS BORRELLI, LLP
     Samuel J. Strauss, WSBA #46971
22   Raina C. Borrelli, pro hac vice forthcoming
     980 N. Michigan Avenue, Suite 1610
23   Chicago, IL 60611
     sam@straussborrelli.com
24   raina@straussborrelli.com

25

26

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR CONSOLIDATION AND FILING OF CONSOLIDATED
AMENDED COMPLAINT
(Nos. 2:25-cv-01663-JNW; 3:25-cv-05840-JNW) - 4

1  COHENMALAD, LLP
   Lynn A. Toops, *pro hac vice*
2  Natalie A. Lyons, *pro hac vice*
   Ian R. Bensberg, *pro hac vice* forthcoming
3  One Indiana Square, Suite 1400
   Indianapolis, IN 46204
4  ltoops@cohenmalad.com
   nlyons@cohenmalad.com
5  ibensberg@cohenmalad.com

6
   STRANCH, JENNINGS & GARVEY, PLLC
7  J. Gerard Stranch, IV, *pro hac vice* forthcoming
   Michael C. Tackeff, *pro hac vice*
8  223 Rosa L. Parks Avenue, Suite 200
   Nashville, TN 37203
9  gstranch@stranchlaw.com
   mtackeff@stranchlaw.com
10

11  ***Attorneys for Plaintiffs***
    ***Stephen Liss and Joshua Taylor***
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR CONSOLIDATION AND FILING OF CONSOLIDATED
AMENDED COMPLAINT

(Nos. 2:25-cv-01663-JNW; 3:25-cv-05840-JNW) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' above stipulated motion, the Court Orders that:

- *Hendrix v. Lenovo (United States) Inc.*, Case No. 2:25-cv-01663-JNW be consolidated with *Liss v. Lenovo (United States) Inc.*, Case No. 3:25-cv-05840-JNW (the "Consolidated Action");

- Plaintiffs in *Hendrix* and *Liss/Taylor* are granted 30 days from the date of entry of this order to file a consolidated amended complaint; and

- The deadlines in the Initial Scheduling Orders, *Hendrix* Dkt. 18 and *Liss* Dkt. 19, are hereby vacated. The Court will separately enter an Amended Initial Scheduling Order.

IT IS SO ORDERED this 25th day of November 2025.


_____

Jamal N. Whitehead
United States District Judge


Presented by:

DAVIS WRIGHT TREMAINE LLP
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Katie Chan, WSBA #56970
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: caleahwhitten@dwt.com
E-mail: katiechan@dwt.com

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR CONSOLIDATION AND FILING OF CONSOLIDATED
AMENDED COMPLAINT
(Nos. 2:25-cv-01663-JNW; 3:25-cv-05840-JNW) - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

*Attorneys for Defendant*
*Lenovo (United States) Inc.*

2

3

BARG SINGER HOESLY PC
Cody Hoesly, WSBA #41190
121 SW Morrison St., Suite 600
Portland, OR 97204
Tel.: 503-241-3311
E-mail: choesly@bargsinger.com

4

5

6

7

DOVEL & LUNER, LLP
Jonas B. Jacobson, WSBA #62890
Martin Brenner, *pro hac vice*
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel.: 310-656-7066
E-mail: jonas@dovel.com
E-maill: martin@dovel.com

8

9

10

11

12

*Attorneys for Plaintiff Giaunie Hendrix*

13

14

SMITH & DIETRICH LAW OFFICES PLLC
Walter Smith, WSBA #46695
1226 State Avenue, N.E., Suite 205
Olympia, WA98506
Telephone: 360-915-6952
walter@smithdietrich.com

15

16

17

18

19

STRAUSS BORRELLI, LLP
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com

20

21

22

23

COHENMALAD, LLP
Lynn A. Toops, *pro hac vice*
Natalie A. Lyons, *pro hac vice*
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204

24

25

26

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR CONSOLIDATION AND FILING OF CONSOLIDATED
AMENDED COMPLAINT
(Nos. 2:25-cv-01663-JNW; 3:25-cv-05840-JNW) - 7

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1     ltoops@cohenmalad.com
    nlyons@cohenmalad.com
2     ibensberg@cohenmalad.com

3     STRANCH, JENNINGS & GARVEY, PLLC
    J. Gerard Stranch, IV, *pro hac vice* forthcoming
4     Michael C. Tackeff, *pro hac vice*
    223 Rosa L. Parks Avenue, Suite 200
5     Nashville, TN 37203
    gstranch@stranchlaw.com
6     mtackeff@stranchlaw.com

7

8     ***Attorneys for Plaintiffs***
    ***Stephen Liss and Joshua Taylor***

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR CONSOLIDATION AND FILING OF CONSOLIDATED
AMENDED COMPLAINT
(Nos. 2:25-cv-01663-JNW; 3:25-cv-05840-JNW) - 8

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax