The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN LISS, JOSHUA TAYLOR, and GIAUNIE HENDRIX, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | No. 3:25-cv-05840-JNW<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATED COMPLAINT AND RESPONSIVE BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR: December 12, 2025 |

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g); Federal Rule of Civil Procedure 6; and the Court's Chambers Procedures, the Parties stipulate and agree as follows:

1. On November 25, 2025, upon the Parties' stipulated motion, the Court consolidated the above-captioned proposed class action. Dkt. 23 ("Consolidation Order"). The Parties' stipulation and the Consolidation Order granted Plaintiffs 30 days after entry of the Consolidation Order to file a consolidated amended complaint. This deadline currently falls on December 26, 2025, in the middle of end-of-year holidays.

2. To allow the Plaintiffs sufficient time to draft a consolidated amended complaint without interfering with end-of-year holidays, the Parties agree and stipulate (subject to Court

STIPULATED MOTION AND ORDER
FOR CONSOLIDATED COMPLAINT AND RESPONSIVE
BRIEFING SCHEDULE
(No. 3:25-cv-05840-JNW) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  approval) to extend the deadline for Plaintiffs to file a consolidated amended complaint up to,
2  and including, January 9, 2026.

3      3.    The Parties also agree and stipulate that Defendant shall have up to and including
4  February 6, 2026, to respond to the consolidated amended complaint.

5      4.    The Parties also agree and stipulate (subject to Court approval) that Plaintiffs shall
6  have up to and including March 10, 2026, to file any opposition that might be required.

7      5.    The Parties also agree and stipulate (subject to Court approval) that Defendant
8  shall have up to and including March 26, 2026, to file any reply to Plaintiffs' opposition.

9      6.    The Parties agree that good cause exists under Federal Rule of Civil Procedure
10  6(b) to extend and set the Parties' deadlines as set forth herein.

11      7.    The Parties have previously sought and obtained prior extensions of time in the
12  underlying actions, prior to consolidation. This is the first extension the Parties have sought
13  concerning the consolidated amended complaint and response thereto.

15  IT IS SO STIPULATED.

STIPULATED MOTION AND ORDER
FOR CONSOLIDATED COMPLAINT AND RESPONSIVE
BRIEFING SCHEDULE
(No. 3:25-cv-05840-JNW) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 12th day of December, 2025.

| | |
|---|---|
| DOVEL & LUNER, LLP | DAVIS WRIGHT TREMAINE LLP |
| By: s/ *Jonas B. Jacobson* | By s/ *Lauren B. Rainwater*\* |
| Jonas B. Jacobson, WSBA #62890 | Lauren B. Rainwater, WSBA #43625 |
| Martin Brenner, *pro hac vice* | Rachel Herd, WSBA #50339 |
| 201 Santa Monica Blvd., Suite 600 | Caleah N. Whitten, WSBA #60209 |
| Santa Monica, CA 90401 | Katie Chan, WSBA #56970 |
| Tel.: 310-656-7066 | 920 Fifth Avenue, Suite 3300 |
| E-mail: jonas@dovel.com | Seattle, WA 98104-1610 |
| E-mail: martin@dovel.com | Tel.: 206-622-3150 |
| | E-mail: laurenrainwater@dwt.com |
| BARG SINGER HOESLY PC | E-mail: rachelherd@dwt.com |
| Cody Hoesly, WSBA #41190 | E-mail: caleahwhitten@dwt.com |
| 121 SW Morrison St., Suite 600 | E-mail: katiechan@dwt.com |
| Portland, OR 97204 | |
| Tel.: 503-241-3311 | ***Attorneys for Defendant*** |
| E-mail: choesly@bargsinger.com | ***Lenovo (United States) Inc.*** |

SMITH & DIETRICH LAW OFFICES PLLC
Walter Smith, WSBA #46695
1226 State Avenue, N.E., Suite 205
Olympia, WA 98506
Tel.: 360-915-6952
E-mail: walter@smithdietrich.com

\*I certify that this memorandum contains 284 words, in compliance with the Local Civil Rules.

STRAUSS BORRELLI, LLP
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

COHENMALAD, LLP
Lynn A. Toops, *pro hac vice*
Natalie A. Lyons, *pro hac vice*
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
E-mail: ltoops@cohenmalad.com
E-mail: nlyons@cohenmalad.com
E-mail: ibensberg@cohenmalad.com

STIPULATED MOTION AND ORDER
FOR CONSOLIDATED COMPLAINT AND RESPONSIVE
BRIEFING SCHEDULE
(No. 3:25-cv-05840-JNW) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
E-mail: gstranch@stranchlaw.com
E-mail: mtackeff@stranchlaw.com

*Attorneys for Plaintiffs and Proposed Class*

STIPULATED MOTION AND ORDER
FOR CONSOLIDATED COMPLAINT AND RESPONSIVE
BRIEFING SCHEDULE
(No. 3:25-cv-05840-JNW) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Pursuant to the Parties' above stipulated motion, the Court Orders that:

- The time for Plaintiffs to file the consolidated amended complaint is extended through and including January 9, 2026.

- Defendant shall have up to and including February 6, 2026, to respond to the consolidated amended complaint.

- Plaintiffs shall have up to and including March 10, 2026, to file any opposition that might be required.

- Defendant shall have up to and including March 26, 2026, to file any reply to Plaintiffs' opposition.

IT IS SO ORDERED this 12th day of December, 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Katie Chan, WSBA #56970
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel.: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: caleahwhitten@dwt.com
E-mail: katiechan@dwt.com

STIPULATED MOTION AND ORDER FOR CONSOLIDATED COMPLAINT AND RESPONSIVE BRIEFING SCHEDULE
(No. 3:25-cv-05840-JNW) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*Attorneys for Defendant*
*Lenovo (United States) Inc.*

BARG SINGER HOESLY PC
Cody Hoesly, WSBA #41190
121 SW Morrison St., Suite 600
Portland, OR 97204
Tel.: 503-241-3311
E-mail: choesly@bargsinger.com

DOVEL & LUNER, LLP
Jonas B. Jacobson, WSBA #62890
Martin Brenner, *pro hac vice*
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel.: 310-656-7066
E-mail: jonas@dovel.com
E-mail: martin@dovel.com

SMITH & DIETRICH LAW OFFICES PLLC
Walter Smith, WSBA #46695
1226 State Avenue, N.E., Suite 205
Olympia, WA 98506
Tel.: 360-915-6952
E-mail: walter@smithdietrich.com

STRAUSS BORRELLI, LLP
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

COHENMALAD, LLP
Lynn A. Toops, *pro hac vice*
Natalie A. Lyons, *pro hac vice*
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
E-mail: ltoops@cohenmalad.com
E-mail: nlyons@cohenmalad.com
E-mail: ibensberg@cohenmalad.com

STIPULATED MOTION AND ORDER
FOR CONSOLIDATED COMPLAINT AND RESPONSIVE
BRIEFING SCHEDULE
(No. 3:25-cv-05840-JNW) - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1 | STRANCH, JENNINGS & GARVEY, PLLC
2 | J. Gerard Stranch, IV, *pro hac vice* forthcoming
3 | Michael C. Tackeff, *pro hac vice*
  | 223 Rosa L. Parks Avenue, Suite 200
4 | Nashville, TN 37203
  | E-mail: gstranch@stranchlaw.com
5 | E-mail: mtackeff@stranchlaw.com

6 | ***Attorneys for Plaintiffs and Proposed Class***

STIPULATED MOTION AND ORDER
FOR CONSOLIDATED COMPLAINT AND RESPONSIVE
BRIEFING SCHEDULE
(No. 3:25-cv-05840-JNW) - 7

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax